### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all
others similarly situated,

Plaintiff,

-against-

HCC MARKETING, INC.

Defendant.

Case No. 2:20-cv-00857-PBT

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or

disbursements to any party.

Dated:  Philadelphia, Pennsylvania
        May 19, 2021

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*